| | |
|---|---|
| COUNTY OF MOORE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANDY ACRES and SOEK YIE )<br>PHAN, )<br>)<br>Defendants. ) | **DEFENDANTS' AMENDED MOTION TO DISMISS THE AMENDED COMPLAINT** |

NOW COME Defendants Randy Acres and Soek Yie Phan ("Defendants"), by and through their undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby move the Court to dismiss all claims in the Amended Complaint for failure to state a claim upon which relief can be granted. In support thereof, Defendants are filing an accompanying memorandum contemporaneously herewith.

Respectfully submitted this the 3rd day of September, 2019.

GRAEBE HANNA & SULLIVAN, PLLC

/s/ Douglas W. Hanna
Douglas W. Hanna, NCSB #18225
4350 Lassiter at North Hills Avenue, Suite 375
Raleigh, North Carolina 27609
Telephone:   919-863-9091
Facsimile:    919-863-9095
Email:          dhanna@ghslawfirm.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day electronically filed the foregoing **DEFENDANTS' AMENDED MOTION TO DISMISS THE AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system and served a copy upon all parties to this action by placing a copy of same in the United States mail, postage prepaid, addressed as follows:

> Misty Randall Leland
> Moore County Attorney
> Elizabeth Curran O'Brien
> Assistant County Attorney
> P. O. Box 905
> Carthage, NC 28327

This the 3rd day of September, 2019.

GRAEBE HANNA & SULLIVAN, PLLC

/s/ Douglas W. Hanna
Douglas W. Hanna, NCSB #18225
4350 Lassiter at North Hills Avenue, Suite 375
Raleigh, North Carolina 27609
Telephone:	919-863-9091
Facsimile:	919-863-9095
Email:	dhanna@ghslawfirm.com
*Counsel for Defendants*